MARC KLAW et al., Appellants, *v.* PAUL ARMSTRONG, Respondent.

*Klaw* v. *Armstrong*, 153 App. Div. 900, affirmed.
(Argued March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover money paid as an advance royalty under the terms of a written contract.

*David Gerber* for appellants.

*Harold M. Phillips* and *Herman Phillips* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.